IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FAITH ROSALIND MILLER,

    Petitioner,

v.

PAULA MYERS, Superintendent,
Coffee Creek Correctional Institution,

    Respondent.

Case No. 3:18-cv-01285-AC

ORDER

ACOSTA, Magistrate Judge.

The Court GRANTS Petitioner's Motion for Voluntary Dismissal of Federal Habeas Corpus Petition (ECF No. 21).

IT IS SO ORDERED.

DATED this 15th day of April, 2019.

John V. Acosta
United States Magistrate Judge

1 - ORDER